**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Samuel Paul CROOK, Defendant— Appellant.**

**No. 10–6375.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 22, 2010.

Decided: Aug. 2, 2010.

Samuel Paul Crook, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel Paul Crook appeals the district court's order denying his motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Crook,* No. 3:04–cr–00058–MR–1 (W.D.N.C. Feb. 25, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*